AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Gabriel ALMENAS CARRASQUILLO<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

6:22-mj- *1805*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 11, 2022_____ in the county of _____Orange_____ in the

___Middle___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rod Hyre, Special Agent, FBI
*Printed name and title*

Sworn to before me via Zoom and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  __8/12/22__

_____
*Judge's signature*

City and state:  _____Orlando, Florida_____

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                         CASE NO. 6:22-mj- 1805

COUNTY OF ORANGE

## AFFIDAVIT

I, Rod Hyre, after being duly sworn, depose and state:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2002. I am currently assigned to the Tampa Division Orlando Resident Agency of the FBI. I have been investigating crimes against children since 2009. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a) and (e), 2252, and 2252A.

2.     I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3.     I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in investigations of persons suspected of violating federal child pornography laws,

including 18 U.S.C. §§ 2251 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under 18 U.S.C. § 2422(b).

4.     I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.     This affidavit is submitted in support of a criminal complaint against GABRIEL ALMENAS CARRASQUILLO ("ALMENAS") for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that ALMENAS, using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engaging in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida Statute § 800.04(4)(a)(1).

6.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement

2

officers.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

7.     Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

8.     It is a criminal offense under Florida Statute § 800.04(4)(a)(1) to engage in sexual activity with a person who is 12 years of age or older but less than 16 years of age.

## INVESTIGATION

9.     On August 11, 2022, Metropolitan Bureau of Investigation (MBI) Agent Kim LaBonte was working in an undercover capacity in an agency-approved Internet Crimes Against Children detail. While working this detail, Agent LaBonte (hereafter, the "UC") made contact with a user on the Grindr, a geolocation-based, smartphone-based, social networking application.  Grindr allows users to chat via its messaging system.  Grindr also allows for the transmission of text, images, videos, and voice communication.

10.     The UC created a profile on Grindr using a photograph of a male Orange County Sheriff's Deputy, to portray her undercover identity.  The photograph depicts the sheriff's deputy when he was approximately 16 years old.

3

11.    The Grindr user "GABRIEL" (later identified as ALMENAS)
contacted the UC's undercover profile at approximately 8:35 p.m.

12.    The initial conversation went as follows:

> *GABRIEL: You r really beautiful*
>
> *UC: Awww thank u so much*
>
> *GABRIEL: How r you nice to meet you*
> *Looking to chill if you r interested I find you quite attractive*
>
> *UC: I mean that would be cool but I have tbh I'm a little younger.  Just don't want drama.*
>
> *GABRIEL: 18 right?*
>
> *UC:  A little younger…so totally understand if u don't wanna talk*
>
> *…*
>
> *UC:  I'll be fourteen in a few months…and yeah that's why I'm on here*
>
> *GABRIEL: Oh wow you really look quite develop*
>
> *UC:  Haha I get that a lot*
>
> *GABRIEL:  Well if you said you don't look for trouble then I'm down to keep getting to know you more you say you leave soon though[.]  And you look like quite the cute latino*

13.    The conversation continued and GABRIEL asked the UC, "So you r
fine with a quick adventure?"  The UC asked what GABRIEL was looking to do.
GABRIEL replied, "It depends now because this kind of things you gotta be
careful[.]  And I gotta guarantee no drama too."  GABRIEL asked the UC if the UC
was "allow to walk around or something."

4

14.     GABRIEL also requested from the UC a video that only played for a second so he could verify that the person he was chatting with was the same person in the Grindr profile.   Specifically, GABRIEL asked, "Is it OK to see a video of you the ones grindr send that erase obviously."

15.     GABRIEL also suggested using the application Snapchat, because the data on Snapchat would "guarantee erase."   The UC sent a very brief video of the forehead of a male law enforcement officer.  GABRIEL responded, "Well that was a very beautiful forehead lol."

16.     GABRIEL and the UC continued the conversation and GABRIEL stated, "I'm not a bad person but I like doing things right well this is kind of wrong but you have a man body [laughing emoji], And hopefully I can trust that you won't get me in trouble."

17.     As stated previously, the UC had asked GABRIEL for information about what they might do if they got together.  The UC explained, "I don't know if ur gonna rape me and kill me or something! That's why I'm asking what we're gonna do! People are weird bro."  GABRIEL replied, "Well I won't do anything bad because I ask you what do you wanna do and you still won't answer I can only do what you wanna do[.]  You think I would do that raping when you r looking for fun. Nah never in a million years. My life I work hard I would never mess it up for something like that EVER NEVER."

18.     Later, GABRIEL wrote, "Well it is 10 pm now."  The UC responded, "Yeah guess I'll go to bed to."  GABRIEL said, "Ok hopefully you r not mad."  The

5

UC replied, "It's whatev." Shortly thereafter, GABRIEL wrote, "I can tell you what I wanna do but in snapchat because that erase[.] Would that be better." The UC responded, "Sorry I just like to know things first before getting into it." GABRIEL said, "That's fine like I say I can tell you in snap[.] That will erase chat and then as well it will tell us both if someone is taking a screenshot would that be best for you?"

19.    Once on Snapchat, GABRIEL told the UC that he wanted to "kiss and suck." The UC responded, "Ohhh anything else? Mmmmmmm." GABRIEL replied, "Well I don't know what you wanna do you keep evading[.] There's not a lot in a gay sexual moment you know."

20.    Later, GABRIEL then sent a video of a penis, and represented that it was his. GABRIEL asked, "So you want me to fuck you," and the UC responded, "As long as ur gentle." GABRIEL replied, "I don't mind that."

21.    GABRIEL and the UC discussed logistics and agreed that GABRIEL would go to the hotel at XXXX Austrian Court, in Orlando, where the UC said she was staying. GABRIEL reiterated that they could not get caught. GABRIEL then stated that he was driving to the hotel and would be in a black Toyota Corolla.

22.    At approximately 11:00 p.m., detectives on scene at the hotel at XXXX Austrian Court in Orlando observed a black Toyota Corolla enter and park in the parking lot.

23.    ALMENAS exited the vehicle and entered the lobby area. ALMENAS then proceeded to the second floor, to Room 244, where he and the UC had agreed to meet. There, agents made contact and ALMENAS was placed in handcuffs.

6

ALMENAS was then taken into a room to be interviewed.

24.     FBI Special Agents Rod Hyre and Kevin Kaufman and MBI Agent LaBonte conducted a custodial recorded interview of ALMENAS.  After being advised of the fact that he was under arrest and advised of his Miranda rights, ALMENAS said that he had come to the hotel to meet a friend for some fun. ALMENAS further stated that he had met the friend on Grindr and had chatted with that person using the Samsung smartphone that was found in his possession at the time of his arrest.

25.     ALMENAS said the other Grindr user had told ALMENAS that he was 14 years old.  Initially, ALMENAS said he thought the other Grindr user was lying about his age.  But later in the interview, ALMENAS conceded that he believed the other Grindr user was 14 years old and that it was illegal to have sex with someone who was underage.  ALMENAS stated that the meeting at the hotel was for the purpose of engaging in oral sex and possibly anal sex if that was what the UC wanted to do.  Later, ALMENAS admitted that he knew the child he was talking to was underage, and that he had traveled to the hotel to have sexual relations with the minor.  Inside of ALMENAS's backpack (which was on his person at the time of arrest), agents recovered numerous items, including a bottle of lubricant and a tube of "Anal Ease."

## CONCLUSION

26.    I believe there is probable cause that ALMENAS, using facilities and

means of interstate commerce, that is, the Internet and a cell phone, did knowingly

attempt to persuade, induce, and entice an individual whom he believed had not

attained the age of 18 years, to engage in sexual activity for which he could have

been charged with lewd or lascivious battery (engaging in sexual activity with a

person 12 years of age or older but less than 16 years of age), in violation of Florida

statute § 800.04(4)(a)(1).

_____

Rod Hyre, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate by telephone conference or
video conference consistent with Fed. R. Crim. P.
4.1 and 41(d)(3) before me this 12th day of
August, 2022.

_____

LESLIE HOFFMAN PRICE
United States Magistrate Judge